# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE BROWN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JOE MCGRATH,<br><br>　　　　Respondents. | 1:04-cv-05696-OWW-TAG HC<br><br>ORDER GRANTING PETITIONER'S EX PART APPLICATION FOR AN ENLARGEMENT OF TIME TO FILE A TRAVERSE (Doc. 20) |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On May 13, 2004, Petitioner filed the instant petition for writ of habeas corpus in the United States District Court for the Eastern District of California, Fresno Division.  On June 17, 2004, Petitioner filed an amended petition for writ of habeas corpus.  (Court Doc. 5).  Upon review of the amended petition, the Court found deficiencies in the petition, and, pursuant to an order of the Court, Petitioner filed a second amended petition on September 22, 2004.  (Doc. 8).  On January 6, 2005, the Court ordered Respondent to file an Answer, and on April 13, 2005, Respondent complied by filing an Answer.  (Doc. 15).  Petitioner's Traverse was due on May 13, 2005.  On May 27, 2005, Petitioner filed the instant Ex Parte Application for an Enlargement of Time in Which To File A Traverse To Respondent's Answer, in which he requests an extension of time until June 16, 2005, within which to file his Traverse.  (Doc. 20).

　　　　As grounds therefore, Petitioner indicates that he was transferred from Pelican Bay State

Prison to Solano State Prison on April 13, 2005, which resulted in a delay in receiving the Answer until May 16, 2005. (Doc. 20, p. 3).

Good cause appearing therefore, it is HEREBY ORDERED that Petitioner's Application for an Enlargement of Time to file his Traverse (Doc. 20), is GRANTED. The time within which Petitioner may file his Traverse is extended to and will include the date which is thirty (30) days from the date of service of this Order.

IT IS SO ORDERED.

**Dated:  June 3, 2005**                                     **/s/ Theresa A. Goldner**
j6eb3d                                                                    UNITED STATES MAGISTRATE JUDGE