UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEANDRE BROWN, | ) | 1:04-CV-5696-OWW-TAG HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING NUNC PRO TUNC |
| v. | ) | PETITIONER'S EX PARTE REQUEST |
| | ) | FOR EXTENSION OF TIME |
| PEOPLE OF THE STATE OF | ) | (Doc. 22) |
| CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.  On July 27, 2005, Petitioner filed an ex parte motion to extend time to file his traverse.  (Doc. 22).  On August 8, 2005, and during the pendency of his request, Petitioner submitted the traverse.   (Doc. 23).  Accordingly, and for GOOD CAUSE, Petitioner's motion for an extension of time (Doc. 22), is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:    August 19, 2005                         /s/ Theresa A. Goldner**
j6eb3d                                        UNITED STATES MAGISTRATE JUDGE