# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE BROWN, | ) 1:04-cv-05696-OWW-TAG HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION (Doc. 25) |
| v. | ) |
| | ) ORDER DENYING AMENDED PETITION |
| | ) FOR WRIT OF HABEAS CORPUS (Doc. 8) |
| PEOPLE OF THE STATE OF | ) |
| CALIFORNIA, | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO ENTER JUDGMENT |
| Respondents. | ) |
| | ) |

On May 13, 2004, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court.

On September 28, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be DENIED on the merits. (Doc. 25). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

1

the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed September 28, 2007  (Doc. 25), is ADOPTED IN FULL;

2. Th amended petition for writ of habeas corpus (Doc. 8), is DENIED with prejudice; and,

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   November 6, 2007**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE